UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:03-cr-00113-MOC-DCK

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) ) ) ) | |
| Vs. | ) ) | ORDER |
| **JONATHAN SMITH,** | ) ) ) | |
| Defendant. | ) | |

**THIS MATTER** is before the court on defendant's letter of January 26, 2015, in which he expresses concern as to the sentence imposed on his Supervised Release Violation, stating that "on December 17, 2014, you sentence me to 6 months back into the B.O.P. and 1 year parole. No one can confirm my release date or any record of you sentencing me…." Letter (#131) at 1 (error in the original). Review of the docket reveals that defendant was sentenced to six-months imprisonment and one year of supervised release on December 17, 2014, and that a Judgment (#130) consistent with that sentence was entered January 12, 2015.

Where a defendant serves a sentence is left up to the Bureau of Prisons, not the court, and the calculation of a release date is also for the BOP to determine. All this court can do is provide defendant with a copy of the Judgment, which his attorney should have already sent to him. Defendant is advised that he should address any concerns he may have as to his release date or place of service to the United States Marshal for the Western District of North Carolina as it appears defendant is presently in the Marshal's custody awaiting designation from the Bureau of Prisons. Defendant is further advised that with such a short sentence, it has been the court's experience that whatever time remains will likely be served in a local facility.

**ORDER**

**IT IS, THEREFORE, ORDERED** that to the extent defendant seeks judicial relief in his letter, that relief is denied. The Clerk of Court is instructed to make a copy of the defendant's Judgment (#130) and send that copy to defendant along with this Order at his jail address.

The Clerk of Court shall send a courtesy copy of this Order to the United States Marshal.

Signed: February 3, 2015

Max O. Cogburn Jr.
United States District Judge